# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM PEDEN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DISTRICT COUNCIL 33 | : | |
| LOCAL 696 | : | NO. 14-3045 |

## ORDER

**AND NOW**, this 22nd day of September, 2015, having considered Defendant's Motion for Summary Judgment (ECF Document No. 20), Plaintiff's response in opposition thereto (Doc. 23), and the evidence of record contained in the Joint Appendix, it is hereby **ORDERED** that Defendant's Motion (Doc. 20) is **GRANTED** in its entirety.

/s/ L. Felipe Restrepo

_____

L. FELIPE RESTREPO,          J.
U.S. District Court